# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:17-po-00136-JLT |
| Plaintiff, | CVB Violation F4852257 / CA40 |
| v. | ORDER TO REFUND OVERPAYMENT |
| WILLIAM S. SIMONS, | (Doc. #6) |
| Defendant. | |

Defendant, William S. Simons, was issued Violation Notice F4852257 with a total collateral due of $430.00. As a result of a failure to appear on May 2, 2017, the Court issued an arrest warrant with bail in the amount of $860.00. On May 20, 2017, defendant Simons paid the original fine amount of $430.00 and the Court accepted the $430.00 as payment in full, recalled the arrest warrant, and closed the case. After the case was closed, the defendant paid the warrant amount of $860.00. Thus, Defendant is entitled to a refund for overpayment in the amount of $860.00.

the Court **ORDERS** that a refund be issued to defendant, William S. Simons, in the amount of $860.00.

IT IS SO ORDERED.

Dated: **May 31, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1